

**Entered on Docket
July 28, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-18816-lbr |
|  | ) |
| Kathy Wilson Crook, | ) Chapter 7 |
| Richard Lee Crook, | ) |
|  | ) DATE: 07/21/10 |
| Debtors. | ) TIME: 10:30 am |
|  | ) |
|  | ) **ORDER TERMINATING** |
|  | ) **AUTOMATIC STAY** |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                                                       M&H File No. NV-10-29208
                                                                                                                                10-18816-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 2969 East 152nd Place, Brighton, CO 80602.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Sherry A. Moore
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 06/10/10-no response received*
Shawn Christopher, Esq.
2625 N. Green Valley Parkway #110
Henderson, NV 89014
702-737-3125

Approved/Disapproved

*Order Filed 06/10/10-no response received*
Yvette Weinstein
6450 Spring Mountain Road #14
Las Vegas, NV 89146

<u>ALTERNATIVE METHOD re: RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Shawn Christopher- Order Filed 06/10/10-no response received

Unrepresented parties appearing: None

Trustee: Yvette Weinstein-Order Filed 06/10/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

###

*Rev. 12.09*                                                          M&H File No. NV-10-29208
                                                                                    10-18816-lbr